United States District Court
Southern District of Texas
**ENTERED**
December 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VLADISLAV GRININ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-00259 |
| § | |
| SECRETARY JEH CHARLES JOHNSON, § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. This is a final judgment

SIGNED on December 15, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge